390 A.2d 305

Finelli, et ux., Appellants, v. Chefetz.

Argued March 23, 1978.   David A. Martino, for appellants; Robert F. Creem, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.